**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CARRIE ESCOBEDO,

        Plaintiff,

v.                                            CV No. 19-630 WJ/CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Carrie Escobedo's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 17), filed November 19, 2019. Having reviewed the Motion, and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through December 19, 2019 to serve her Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through February 18, 2020, to serve his Response, and Plaintiff through March 3, 2020, to serve her reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE