# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CARRIE ESCOBEDO,

    Plaintiff,

v.                                                                 CV No. 19-630 WJ/CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff Carrie Escobedo's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 21), filed January 17, 2020. The Court, noting the Motion is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through January 31, 2020, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through March 31, 2020, to serve his Response, and Plaintiff through April 14, 2020, to serve her Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE