IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARRIE ESCOBEDO,

      Plaintiff,

v.                                                   CV No. 19-630 CG

ANDREW SAUL,
Commissioner of Social
Security,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on Defendant Commissioner's *Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 28), filed April 27, 2020. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE