IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARRIE ESCOBEDO,

    Plaintiff,

v.                                                       CV No. 19-630 CG

ANDREW SAUL,
Commissioner of Social
Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 30), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case under sentence four of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE